IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAMES BONINI
CLERK

2005 NOV 23 A 9 16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 2:05cr244 |
| | | 29 U.S.C. §501(c) |
| v. | : | |
| | | **JUDGE FROST** |
| MARY LEVAN | : | |

I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

1. That at all times hereinafter mentioned and within the meaning of Sections 3(i) and 3(j) of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §402(i) and §402(j), hereinafter referred to as the Act:

    (a) United Auto Workers (UAW), AFL-CIO, Local 1224 was a labor organization representing employees in an industry affecting commerce in Bellefontaine, Ohio.

    (b) At all times relevant herein, the defendant, MARY LEVAN, was the Financial Secretary of United Auto Workers, Local 1224, and as such was an officer and an employee of a labor organization within the meaning of sections 3(f) and 3(n) of the Act [29 U.S.C. §§402(f) and (n)].

2. From on or about March 3, 2000, to on or about February 6, 2004, in the Southern District of Ohio, the

defendant, MARY LEVAN, while an officer, that is, Financial Secretary, United Auto Workers (UAW), AFL-CIO, Local 1224, a labor organization in an industry affecting commerce, did willfully and knowingly embezzle and convert to her own use the moneys and funds of said labor organization in the approximate amount of $5,791.10.

In violation of 29 U.S.C. §501(c).

GREGORY G. LOCKHART
UNITED STATES ATTORNEY

GARY L. SPARTIS
DEPUTY CRIMINAL CHIEF